THE FARMERS' HIGH LINE CANAL AND RESERVOIR COMPANY v. STEPPE.

CASE FOLLOWED.

The decision in *Farmers' H. L. C. & R. Co. v. Moon*, 22 Colo. 560, is followed.

*Appeal from the County Court of Jefferson County.*

Messrs. OSBORNE & TAYLOR, for appellant.

Mr. A. H. DE FRANCE, for appellee.

PER CURIAM. This case was argued in connection with cause No. 3304, *The Farmers' High Line Canal & Reservoir Company v. Moon*, 22 Colo. 560.

The same briefs were filed in the two cases, and, as counsel concede, they involve the same questions of law arising out of substantially the same state of facts; hence the decision in that case is decisive of this.

The judgment, therefore, is reversed, and the cause remanded for further proceedings in conformity with this opinion.

*Reversed.*